IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DIANNE WEBER                             *
                                         *
                                         *
v.                                       *     Civil No. – JFM-11-3540
                                         *
BAC HOME LOAN SERVICING, ET AL.          *
                                   ******

## MEMORANDUM

Defendant NVR Mortgage Finance, Inc. has filed a motion to dismiss first amended complaint. Plaintiff (who is appearing *pro se*) has not responded to the motion, after being advised of the consequences of the failure to do so.

NVR Mortgage's motion will be granted. Counts I, II, IV, and VII fail to state any claim against NVR Mortgage because there are no allegations that NVR Mortgage is attempting to foreclose on plaintiff or assert any rights in plaintiff's property. Counts V, VIII, and IX must be dismissed because they are barred by limitations. Count VIII also fails to state any cognizable allegations against NVR Mortgage. Count VI must be dismissed because there are no allegations in that count against NVR Mortgage.

A separate order granting the motion and dismissing all claims asserted against NVR Mortgage is being entered herewith.

Date: March 8, 2012

J. Frederick Motz
United States District Judge

1