IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DIANNE WEBER

  Plaintiff(s)

vs.           Civil Action No.   JFM-11-3540

BAC HOME LOAN SERVICING, ET AL.

  Defendant(s)

\*\*\*\*\*\*

## MEMORANDUM

Plaintiff has instituted this *pro se* action against numerous defendants.  Some of the defendants have previously been dismissed.  Plaintiff has recently filed correspondence indicating that BAC Home Loan Servicing has been served.

No motions are pending in this case.  However, a review of the allegations of the complaint reflect that plaintiff has no cause of action against any of the defendants.  Apparently, her primary complaint is that her property is being illegally foreclosed upon.

If plaintiff has any remedy at all, it is under state law.  No federal claim has been stated.  Accordingly, this action will be dismissed.

Date:  May 10, 2012     ___/s/_____
                J. Frederick Motz
                United States District Judge